# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 6, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Rick Reese, Terri Reese, and Ryin Reese
          v. United States
          No. 14-5348
          (Your No. 13-2037)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk